IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRIAN DONNELLY | * | |
| Plaintiff | * | |
| v. | * | Case No. _____ |
| SLINGSHOT SPORTS LLC | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

## DEMAND FOR JURY TRIAL

Plaintiff, Brian Donnelly, by and through his attorneys, Paul D. Bekman, Gregory G. Hopper, and Salsbury, Clements, Bekman, Marder & Adkins, L.L.C., hereby demands a trial by jury on all counts in the Complaint.

Respectfully submitted,

_____
Paul D. Bekman
Gregory G. Hopper
Salsbury, Clements, Bekman, Marder & Adkins
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiffs