**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BRIAN DONNELLY | * |
| | * |
| Plaintiff | * |
| | *   Civil Action No.: RDB 07-CV-1965 |
| | * |
| SLINGSHOT SPORTS, LLC | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \*

**RETURN OF SERVICE**

I served the following documents (check all that apply):

- [X] summons
- [X] complaint and any attachments
- [ ] subpoena
- [X] other - describe: <u>Interrogatories, Request for Production of Documents and Notice of Deposition</u>

By (check method of service):

- [ ] Personal - place served: _____
- [X] Certified mail, return receipt - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): <u>Jeffrey Logosz</u>

Date of service: <u>August 13, 2007</u>

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server: _____

Date: <u>August 20, 2007</u>

Printed name of process server: <u>Gregory G. Hopper, Esq.</u>

Address of process server: <u>300 W. Pratt St., Suite 450, Balt., MD 21201</u>

Phone number of process server: <u>410-539-6633</u>

(Rev. 02/2001) Return of Service

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  J.T.Rathye   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  JOHN RATCAYE<br>C. Date of Delivery  5/13/07 |
| 1. Article Addressed to:<br><br>Jeffrey Logosz<br>40 SW Cascade Avenue<br>#45<br>Stevenson, WA 98648 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br><br>P.O. Box 759 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)<br>7006 0100 0000 2190 2910 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| PS Form 3811, February 2004 | Domestic Return Receipt |