# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**                                                    **U.S.Courthouse - Chambers 5D**
**Richard D. Bennett**                                          **101 W. Lombard Street**
**United States District Judge**                          **Baltimore, MD 21201**
**Northern Division**                                           **Tel:  410-962-3190**
                                                                          **Fax: 410-962-3177**


December 5, 2007


TO COUNSEL OF RECORD

      Re:    Donnelly v. Slingshot Sports
             <u>Civil No. RDB 07-1965</u>

Dear Counsel:

      This will confirm the telephonic hearing conducted today with respect to initial scheduling in this matter.  The Defendant has filed a Motion to Dismiss for Lack of Personal Jurisdiction or,  in the Alternative, to Transfer this Case to the United States District Court for the District of Delaware.  (Paper #5).  The Plaintiff, with the consent of the Defendant, has requested a period to conduct limited discovery on the issue of the Defendant's contacts with Maryland.  Accordingly, the **Plaintiff shall have until Friday, January 11, 2008, to either file a response to the pending Motion to Dismiss or notify the Court of his consent to the transfer of this case.**

      Although informal in format, this letter constitutes an order of court and the Clerk is directed to docket it as such.

      Sincerely,


      /s/
      Richard D. Bennett
      United States District Judge


RDB/skp