IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRIAN DONNELLY                        :

v.                                    :     CIVIL NO. RDB 07-1965

SLINGSHOT SPORTS LLC                  :

## O R D E R

Pending before this Court is the Motion of the Defendant Slingshot Sports LLC to Dismiss for Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue (Paper #5).  The Court has conducted telephone conferences with counsel for the Defendant and counsel for the Plaintiff Brian Donnelly.  Plaintiff has been provided a limited period of time for discovery so as to explore any jurisdictional basis in Maryland.  Counsel for the Plaintiff has notified the Court that the Plaintiff consents to the transfer of this case to the United States District Court for the District of Delaware.

Accordingly, IT IS HEREBY ORDERED, this 22nd day of January, 2008, as follows:

1) That Defendant Slingshot Sports LLC's Motion to Dismiss for Lack of Personal Jurisdiction is DENIED:

2) That Defendant Slingshot Sports LLC's Alternative Motion to Transfer Venue to the United States District Court for the District of Delaware is GRANTED, pursuant to 28 U.S.C. § 1404(a); and

3)     That the Clerk of this Court transmit a certified copy of this Order and the record herein to the Clerk of the United States District Court for the District of Delaware forthwith.

/s/
Richard D. Bennett
United States District Judge