CLOSED

# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:07–cv–01965–RDB

Donnelly v. Slingshot Sports LLC

Assigned to: Judge Richard D Bennett

Demand: $9,999,000

Cause: 28:1332 Diversity–Product Liability

Date Filed: 07/24/2007

Date Terminated: 01/22/2008

Jury Demand: Plaintiff

Nature of Suit: 345 Marine Product Liability

Jurisdiction: Diversity

**Plaintiff**

**Brian Donnelly**                                represented by    **Paul D Bekman**

Salsbury Clements Bekman Marder and Adkins LLC

300 W Pratt St Ste 450

Baltimore, MD 21201

14105396633

Fax: 14106259554

Email: bekman@scbmalaw.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Gregory Gene Hopper**

Salsbury Clements Bekman Marder and Adkins LLC

300 W Pratt St Ste 450

Baltimore, MD 21201

14105396633

Fax: 14106259554

Email: hopper@scbmalaw.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Slingshot Sports LLC**                          represented by    **Anthony Daniel Dwyer**

Law Offices of John Sheldon

6011 University Blvd Ste 480

Ellicott City, MD 21043

14107204672

Fax: 14107204645

Email: anthony.dwyer@cna.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | "1 | COMPLAINT against Slingshot Sports LLC (Filing fee $ 350.), filed by Brian Donnelly. (Attachments: #1 Civil Cover Sheet)(raf, Deputy Clerk) (Entered: 07/25/2007) |
| 07/24/2007 | "2 | |

| | | |
|---|---|---|
| | | Jury Trial Demand by Brian Donnelly. (raf, Deputy Clerk) Additional attachment(s) added on 7/25/2007 (raf, Deputy Clerk). (Entered: 07/25/2007) |
| 07/25/2007 | " 3 | Summons Issued 20 days as to Slingshot Sports LLC. (raf, Deputy Clerk) (Entered: 07/25/2007) |
| 08/20/2007 | " 4 | AFFIDAVIT of Service for Summons, Complaint, Discovery, Notice of Deposition served on Jeffrey Logosz on August 13, 2007, filed by Brian Donnelly. (Hopper, Gregory) (Entered: 08/20/2007) |
| 08/30/2007 | " 5 | MOTION to Dismiss *for Lack of Personal Jurisdiction* by Slingshot Sports LLC. Responses due by 9/17/2007 (Attachments: # 1 Affidavit)(Dwyer, Anthony) (Entered: 08/30/2007) |
| 09/14/2007 | " 6 | RESPONSE in Opposition re 5 MOTION to Dismiss *for Lack of Personal Jurisdiction* filed by Brian Donnelly.Replies due by 9/28/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Bekman, Paul) (Entered: 09/14/2007) |
| 09/21/2007 | " 7 | (FILED IN ERROR – WILL REFILE) RESPONSE in Opposition re 5 MOTION to Dismiss *for Lack of Personal Jurisdiction* filed by Slingshot Sports LLC.Replies due by 10/5/2007. (Dwyer, Anthony) Modified on 9/21/2007 (jnl, Deputy Clerk). (Entered: 09/21/2007) |
| 09/21/2007 | " 8 | REPLY to Response to Motion re 5 MOTION to Dismiss *for Lack of Personal Jurisdiction* filed by Slingshot Sports LLC. (Dwyer, Anthony) (Entered: 09/21/2007) |
| 12/05/2007 | " | Telephone Conference held on 12/5/2007 held before Judge Richard D Bennett. (jnl, Deputy Clerk) (Entered: 12/05/2007) |
| 12/05/2007 | " 9 | ORDER directing plaintiff shall have until 1/11/08 to either file a response to the pending motion to dismiss or notify the Court of consent to transfer the case. Signed by Judge Richard D Bennett on 12/5/07. (jnl, Deputy Clerk) (Entered: 12/05/2007) |
| 01/14/2008 | " 10 | RESPONSE to Motion re 5 MOTION to Dismiss *for Lack of Personal Jurisdiction* filed by Brian Donnelly. Replies due by 1/28/2008. (Attachments: # 1 Letter to Defense Attorney)(Hopper, Gregory) (Entered: 01/14/2008) |
| 01/22/2008 | " 11 | ORDER denying 5 Motion to Dismiss; granting motion to transfer case to the District of Delaware. Signed by Judge Richard D Bennett on 1/22/08 (cags, Deputy Clerk) (Entered: 01/23/2008) |