UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                    Reply to Northern Division Address

February 8, 2008

United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801-3570

      Re:    Donnelly vs. Slingshot Sports
              Civil Action No.: RDB-07-1965

Dear Clerk:

[**X** ]    On 1/23/08, an Order was filed transferring the above-captioned case to your Court.  The case has been electronically transferred to your Court.

[    ]    On, an Order was filed accepting jurisdiction by your court in this case.  Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[    ]    Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a).  Enclosed are all the original papers on file.

      Thank you for your cooperation and courtesy in this matter.

                                    Sincerely,

                                    Felicia C. Cannon, Clerk

                     By:      /s/_____
                            J Lewis
                            Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter Transferring Case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov