IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN DONNELLY | * |
| | * C.A. No. 08-cv-82 |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| SLINGSHOT SPORTS LLC | * |
| | * |
| Defendant | * |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Thomas J. Gerard, Esquire, Marshall, Dennehey, Warner Coleman & Goggin, on behalf of the Defendant, Slingshot Sports, LLC. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant, Slingshot Sports, LLC. The Defendant, Slingshot Sports, LLC reserves all rights to raise jurisdictional, service, or statute of limitations defects which may be available.

                MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN
/s/ THOMAS J. GERARD
THOMAS J. GERARD, ESQUIRE (I.D. #2959)
1220 MARKET STREET, 5th Fl.
P.O. BOX 8888
WILMINGTON, DE 19899-8888
(302) 552-4303
Attorney for Defendant.

DATED: February 14, 2008

## CERTIFICATE OF SERVICE

I, THOMAS J. GERARD, ESQUIRE, hereby certify that I have served upon all persons listed below a true and correct copy of the **ENTRY OF APPEARANCE OF COUNSEL** in the above-captioned matter this 14th day of February, 2007 via CM/ECF method and First Class Mail to:

Paul D. Bekman, Esq.
Salsbury, Clements, Bekman, Marder & Adkins
300 W. Pratt St., Ste. 450
Baltimore, MD 21201

                              MARSHALL, DENNEHEY, WARNER,
                                  COLEMAN & GOGGIN
                              /s/ THOMAS J. GERARD
                              THOMAS J. GERARD, ESQUIRE (I.D. #2959)
                              1220 MARKET STREET, 5th Fl.
                              P.O. BOX 8888
                              WILMINGTON, DE 19899-8888
                              (302) 552-4303
                              Attorney for Defendant.

DATED:  February 14, 2008
15/583333.v1