IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN DONNELLY, ) | |
| ) | C.A. No. 08-CV-82 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| SLINGSHOT SPORTS, LLC, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCES of Michael J. Logullo and Gilbert F. Shelsby, Jr. and Shelsby & Leoni as attorneys for the Plaintiff, Brian Donnelly in the above captioned matter.

*SHELSBY & LEONI*

/s Michael J. Logullo
Michael J. Logullo
Mlogullo@mslde.com

/s Gilbert F. Shelsby, Jr.
Gilbert F. Shelsby, Jr.
Gshelsby@mslde.com
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorneys for Plaintiffs

DATED: February 29, 2008