IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN DONNELLY, | * |
| | * C.A. No. 08-cv-82 JJF |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| SLINGSHOT SPORTS LLC, | * |
| | * |
| Defendant. | * |

## STIPULATION TO EXTEND DEADLNE FOR DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**IT IS HEREBY STIPULATED** by and between the parties that Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment is hereby extended to June 20, 2008.

| | |
|---|---|
| **SHELSBY & LEONI** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| /s/ | /s/ |
| Michael J. Logullo (#3851) - mloguillo@msfde.com | Thomas J. Gerard (#2959) - tjgerard@mdwcg.com |
| 221 Main Street | 1220 N. Market St., 5th Fl |
| Stanton, DE 19804 | PO Box 8888 |
| (302) 995-6210 | Wilmington, DE 19899-8888 |
| | (302) 552-4303 |
| OF COUNSEL: | Attorney for Defendant. |

Paul D. Bekman, Esq. - bekman@scbmalaw.com
Gregory G. Hopper, Esq. hopper@scbmalaw.com
Salsbury, Clements, Bekman, Marder & Adkins
300 W. Pratt St., Ste. 450
Baltimore, MD 21201

  **SO ORDERED** this _____ day of _____, 2008.

_____
J.

15/618467.v1