# SHELSBY & LEONI

GILBERT F. SHELSBY, JR. (MD, DC, DE)　　　　A PROFESSIONAL ASSOCIATION　　　　MICHAEL J. LOGULLO (DE)
ROBERT J. LEONI (DE)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STACEY L. PAOLI (PA)

221 MAIN STREET
STANTON, DELAWARE 19804
PHONE: 302-995-6210
FAX: 302-995-6121
www.shelsbyleonilaw.com

June 23, 2008

The Honorable Joseph J. Farnan, Jr.
United State District Court
844 North King Street, Lock Box 27
Wilmington, DE 19801

　　　　Re:　Brian Donnelly v. Slingshot Sports, LLC
　　　　　　　C.A. No. 08-CV-82 JJF
　　　　　　　**Our File**

Dear Judge Farnan:

　　Gil Shelsby and I are local counsel for the Plaintiff Brian Donnelly in the above referenced matter.

　　On behalf of my client we request oral argument on the motion to dismiss filed by the Defendant Slingshot Sports, LLC.

　　I thank the Court for its time and consideration of this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Logullo

　　　　　　　　　　　　　　　　　　　　Michael J. Logullo

cc:　Thomas J. Gerard, Esquire
　　　Paul D. Bekman, Esquire